Fredric L. Shenkman, Esq.
N.J. I.D. 011361979
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 572-7330
Facsimile: (609) 572-7331
File No. 63437.1
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| JEFFREY BARON, ESQ. AND BARON & BRENNAN, P.C., | CASE NO. 1:22-CV-2279 |
| Plaintiffs | |
| v. | Judge:  Christine P. O'Hearn |
| | Magistrate Judge Elizabeth A. Pascal |
| THE HANOVER INSURANCE GROUP AND NAUTILUS INSURANCE COMPANY | **STIPULATION OF DISMISSAL** |
| Defendants | |

The matters in difference in the above entitled action solely between Plaintiffs and The Hanover Insurance Company and The Hanover Insurance Group (collectively referred to as "Hanover").

The parties stipulate that:

1. Hanover Lawyer's Professional Liability Hanover Policy No. LHY D692458 01 is effective for a policy period of 9/22/2019 to 9/22/2020 .

2. On or about 2/18/2021, Jeffrey Baron and Baron & Brennan P.C. tendered to Hanover under Policy No.: LHY D692458 01 ("Policy") the claims brought against it in: *EIL*

1

*Investments, L.P. et al. v. Steven E. Angstreich, et. al.* complaint filed on or about 1/21/2021 in the Superior Court of New Jersey, Camden County, ("Underlying Suit" or "Claim").

2. The Hanover Policy was not in effect when the Claim was "first made."

3. The Claim was not reported during the Hanover Policy reporting period of the 2019/2020 policy.

Based on the foregoing facts, the parties have amicably adjusted by and between the Plaintiffs and Hanover, pursuant to the terms and conditions of an Agreement and Release, it is hereby stipulated and agreed that this matter, solely as between Plaintiffs and Hanover, is hereby dismissed with prejudice and without costs.

| COOPER LEVENSON, P.A. | Lewis Brisbois Bisgaard & Smith, L.L.P. |
|---|---|
| By: *Fredric L. Shenkman* <br> Fredric L. Shenkman, Esquire <br> Attorney for Plaintiffs | By: *Darcy L. Ibach* <br> Darcy L. Ibach, Esq. <br> Attorney for The Hanover Insurance Company and The Hanover Insurance Group |

CLAC 7330089.2  4866-6677-5887.1